COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-259-CV

JOYCE LATSON APPELLANT

V.

COLONIAL LIFE INSURANCE  APPELLEE

COMPANY OF TEXAS 

------------

FROM THE 342ND DISTRICT COURT OF TARRANT COUNTY

------------

MEMORANDUM OPINION
(footnote: 1) 

------------

Joyce Latson is attempting to appeal the trial court’s judgment for Colonial Life Insurance Company of Texas.  Latson’s notice of appeal was due July 12, 2006 but was not filed until July 21, 2006.
(footnote: 2)  On July 26, 2006, we notified Latson by letter that her appeal was subject to dismissal for want of jurisdiction unless, by August 7, 2006, she filed a response showing a reasonable explanation for the late filing of the notice of appeal.
(footnote: 3)  No response has been filed.  Accordingly, we dismiss the appeal for want of jurisdiction.
(footnote: 4)

PER CURIAM

PANEL D: CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.

DELIVERED:  August 24, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.

2:
See
 
Tex. R. App. P.
 26.1.

3:
See
 
Tex. R. App. P.
 10.5(b), 26.3; 
Verburgt v. Dorner,
 959 S.W.2d 615, 617 (Tex. 1997).

4:
See
 
Tex. R. App. P.
 42.3(a), 43.2(f).